448 A.2d 1147

Commonwealth v. Martinez, Appellant.

Petition for Allowance of Appeal Denied Oct. 13, 1982.

548

Argued November 5, 1981. James T. Vernile, for appellant; Sarah Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.